# PREJUDGMENT ASSIGNMENT
# OF LITIGATION PROCEEDS

**I. THE PARTIES.** This Assignment of Litigation Proceeds (the "Assignment") is effective as of April 4, 2024 and is made by and between:

    <u>Assignor</u>: **THE SCE GROUP, INC. ("SCE")**, with a mailing address of 500 Linwood Dr, Fort Lee, NJ 07024; and

    <u>Assignee</u>: **SOAL TECHNOLOGIES, LLC ("SOAL")**, with a mailing address of 8870 Business Park Dr #200, Austin, TX 78759.

**II. ASSIGNMENT OF LITIGATION PROCEEDS.** SCE is the named Plaintiff in a legal malpractice action against its former law firm captioned *The SCE Group, Inc. v. Garson et al.*, 2:21-cv-19944-CCC-JBC (the "Garson Action") in the District Court of New Jersey seeking $6MM in damages.

SCE hereby irrevocably assigns and transfers to SOAL the lesser of either (i) 6% **or** (ii) $200,657.60 of the net proceeds of the Garson Case. Net proceeds are defined as gross settlement or judgment proceeds less attorneys' fees and litigation costs.

**III. PARTIES' REPRESENTATIONS.** SCE has not made any representations about the Garson Action.

**IV. ADDITIONAL TERMS.** This Assignment will be held in escrow by SOAL's attorney as collateral for a separate Agreement and may be released and filed as a lien on the Garson Action only in accordance with the terms of such Agreement.

**V. ENTIRE AGREEMENT.** This Agreement constitutes the entire Assignment Agreement between the Parties regarding its subject matter and is subject to the terms of the Parties global Settlement Agreement. No modification or amendment of this Agreement shall be effective unless in writing and signed by both Parties.

Dated: April 24, 2024

_____
**Benjamin Z. Massin,**
*Principal authorized to act on behalf of*
*THE SCE GROUP, INC.*