<u>**NOT FOR PUBLICATION**</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE SCE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT GARSON, et al., <br><br> Defendants. | Civil Action No. 21-19944 <br><br> **ORDER** <br><br> September 10, 2024 |

**SEMPER**, District Judge.

This matter comes before the Court on Magistrate Judge James B. Clark's Report and Recommendation ("R&R"), issued on June 7, 2024, recommending that the District Court deny Petitioner's motion seeking to enforce the retainer agreement and statutory charging lien. (ECF 69.) No objections to the R&R have been filed. This Court has considered Judge Clark's R&R, and for substantially the same reasons stated therein,

**IT IS** on this 10th day of September, 2024,

**ORDERED** that Petitioner's motion seeking to enforce the retainer agreement and statutory charging lien (ECF 69) is **DENIED without prejudice** in accordance with Judge Clark's R&R; and it is further

**ORDERED** that this Court adopts Judge Clark's June 7, 2024, R&R (ECF 95) denying Petitioner's motion to enforce the retainer agreement and statutory charging lien.

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:  Clerk
cc:    James B. Clark, U.S.M.J.
       Parties