**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

September 26, 2024

**LETTER ORDER**

Re:   **The SCE Group, Inc. v. Garson, et al.**
       **Civil Action No. 21-19944 (JKS)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1. Petitioner in this matter, Fischer Porter & Thomas, P.C., shall turn over to Plaintiff all documents necessary to the continued prosecution of this litigation.

2. Fact discovery shall be completed by **December 31, 2024**. The stay of discovery in this matter as to Defendant Yoni Garson [Dkt. No. 94] shall continue.

3. The Court will conduct a telephone status conference with the parties on **December 19, 2024 at 11:30 AM**. Counsel for Defendant Robert Garson shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**