

Brian J. Whiteman, Esq.
Mark Anesh, Esq. (admitted pro hac vice)
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Brian.Whiteman@lewisbrisbois.com
Direct: 973.718.3949

September 27, 2024

File No. 43143.15

**VIA ECF**

Honorable Jamel K. Semper, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King U.S. Court House
50 Walnut Street, Room 2060
Newark, N.J. 07102

Re:   **THE SCE GROUP, INC. V. ROBERT GARSON, ET AL.**
No. 21-19944 (JKS-JBC)

Dear Judge Semper:

We represent Defendants in this matter. Pursuant to Magistrate Judge Clark's June 6, 2024 letter order [Dkt. No. 94], Defendants' motions to dismiss Plaintiff's First Amended Complaint [Dkt. Nos. 32 and 48] have been reinstated to the active calendar.

By way of background, Judge Cecchi in July 2022 granted Defendants' motion to dismiss Plaintiff's initial Complaint without prejudice for lack of personal jurisdiction. [Dkt. No. 22]. In order to obviate the need for time consuming and costly discovery, under circumstances where Plaintiff's First Amended Complaint relies on the same email and telephone call based theory of personal jurisdiction previously rejected by this Court, we write to respectfully request the Court to issue its ruling on the pending motions so the parties have the appropriate direction for this proceeding.

Respectfully submitted,

*Brian J. Whiteman*

Brian J. Whiteman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

BJW

cc: All counsel of record (via ECF)